UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN BEARD,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____/

Case No. 14-cv-12436

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MONA K. MAJZOUB

**OPINION AND ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [16]**

On June 23, 2014, Plaintiff Carolyn Beard filed a complaint seeking judicial review of Defendant Commissioner of Social Security's denial of disability benefits under the Social Security Act. Dkt. No. 1. The matter was referred to Magistrate Judge Mona K. Majzoub, who issued a Report and Recommendation [16] on February 18, 2016, recommending that this matter be dismissed, without prejudice, for failure to prosecute. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the

correct conclusion. The matter should be dismissed, without prejudice, for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2.

Accordingly, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Majzoub's Report and Recommendation [16] as this Court's findings of fact and conclusions of law. This matter is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 16, 2016

/s/Gershwin A Drain
Hon. Gershwin A. Drain
United States District Court Judge