UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN BEARD,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____/

Case No. 14-cv-12436

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MONA K. MAJZOUB

## JUDGMENT

The above entitled matter having come before the Court and in accordance with the Order entered on this date:

**IT IS ORDERED AND ADJUDGED** that the Complaint [1] is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan, this 16th, day of March, 2016.

DAVID J. WEAVER
CLERK OF THE COURT

BY: T. Bankston
DEPUTY CLERK